



UPS7352
<theups7352@gmail.com>

# Fwd: Appsketiers Scam
1 message

**Maria Alonso** <animalmotha519@gmail.com>  Tue, Oct 14, 2025 at 12:19 PM
To: "theups7352@gmail.com" <theups7352@gmail.com>

---------- Forwarded message ---------
From: **Virtual Window Shop App** <window1shop2@gmail.com>
Date: Wed, Aug 20, 2025 at 11:09 PM
Subject: Re: Appsketiers Scam
To: Maria Alonso <animalmotha519@gmail.com>

Good evening,

I pursued legal action against them, and it came at a significant cost. One of the reasons I've been encouraging others to join me is that more people are now beginning to file lawsuits of their own. In these cases, proof is everything—and we hired a professional team experienced in courtroom standards to gather it.

Litigation is rarely easy, and winning can be even harder. But we succeeded. I now have a supporting document that meets legal requirements and can be used in court. This was very expensive; the lawyer was the only one who won, but we proved that Appsketier was a fraud.

If I can get others to stand with me, we'll have a stronger case and a louder voice.

I'll be working on a video soon to explain everything in more detail.

If you're starting your own, I can answer questions. If you can write the attorney general in Georgia, this would help. If you need a lawyer who is already experienced in this case, let me know.

Mario

> On Aug 20, 2025, at 2:06 PM, Maria Alonso <animalmotha519@gmail.com> wrote:
>
> Good Afternoon,
>
> I hope all is well. you replied to my comment regarding appsketiers stealing my idea too. Just curious who did u speak to? And I am currently filing charges on them. If our story lines up this can be a class action. I'm interested to swap experiences.



UPS7352
&lt;theups7352@gmail.com&gt;

# Fwd: Good morning everyone
1 message

**Maria Alonso** &lt;animalmotha519@gmail.com&gt;  
To: "theups7352@gmail.com" &lt;theups7352@gmail.com&gt;

Tue, Oct 14, 2025 at 12:18 PM

---------- Forwarded message ---------
From: **Mario vasquez** &lt;window1shop2@gmail.com&gt;
Date: Fri, Oct 3, 2025 at 11:44 AM
Subject: Good morning everyone
To: Cris &lt;drsattorney@gmail.com&gt;, linda padilla &lt;padilla232323@yahoo.com&gt;, Jameila Coleman &lt;jleco78@yahoo.com&gt;, Maria Alonso &lt;animalmotha519@gmail.com&gt;, theo wiles &lt;Theo_Wiles96@hotmail.com&gt;


This is the first time we all meet, I will send in a link later to get everyone on board. I also found a link in the News were I submitted for an investigation I don't know if they will answer. Here is the link https://www.fox5atlanta.com/call-for-action

I submitted my story, use of his time to send yours too.
I appreciate all of you reaching out, there are more but I need to see if they want to participate

Mario
Sent from my iPhone





UPS7352
&lt;theups7352@gmail.com&gt;

# Fwd: Appsketiers: Non Disclosure Agreement

1 message

**Maria Alonso** &lt;animalmotha519@gmail.com&gt;     Tue, Oct 14, 2025 at 12:18 PM
To: "theups7352@gmail.com" &lt;theups7352@gmail.com&gt;

---------- Forwarded message ---------
From: **Jeremy Davenport** &lt;jeremy@appsketiers.com&gt;
Date: Mon, Dec 2, 2024 at 12:08 PM
Subject: Appsketiers: Non Disclosure Agreement
To: Maria Alonso &lt;animalmotha519@gmail.com&gt;

Hey Maria,

We understand that confidentiality is important to you, and it's something we take very seriously here at Appsketiers. Attached is a non-disclosure agreement. It states that everything discussed is 100% confidential. Our company wants to make sure that you feel comfortable throughout the entire process.

You can also click the link below to schedule a call at a time that works best for you.

Schedule a Meeting: Jeremy Davenport

I look forward to speaking with you soon.

All the best!



**Jeremy Davenport** |App Specialist
741 Monroe Dr. NE
Atlanta, GA 30308
P: (678) 261-8790
|E: jeremy@appsketiers.com
W: www.appsketiers.com

  

Check out our reviews



 UPS7352
&lt;theups7352@gmail.com&gt;

# Fwd: Appsketiers: Non Disclosure Agreement

1 message

**Maria Alonso** &lt;animalmotha519@gmail.com&gt;  Tue, Oct 14, 2025 at 12:18 PM
To: "theups7352@gmail.com" &lt;theups7352@gmail.com&gt;

---------- Forwarded message ---------
From: **Jeremy Davenport** &lt;jeremy@appsketiers.com&gt;
Date: Mon, Dec 2, 2024 at 12:08 PM
Subject: Appsketiers: Non Disclosure Agreement
To: Maria Alonso &lt;animalmotha519@gmail.com&gt;


Hey Maria,

We understand that confidentiality is important to you, and it's something we take very seriously here at Appsketiers. Attached is a non-disclosure agreement. It states that everything discussed is 100% confidential. Our company wants to make sure that you feel comfortable throughout the entire process.

You can also click the link below to schedule a call at a time that works best for you.

Schedule a Meeting: Jeremy Davenport

I look forward to speaking with you soon.

All the best!



**Jeremy Davenport** |App Specialist
741 Monroe Dr. NE
Atlanta, GA 30308
**P**: (678) 261-8790
|**E**: jeremy@appsketiers.com
**W**: www.appsketiers.com

  

Check out our reviews





UPS7352
<theups7352@gmail.com>

# Fwd: Appsketiers Scam
1 message

**Maria Alonso** <animalmotha519@gmail.com>  Tue, Oct 14, 2025 at 12:19 PM
To: "theups7352@gmail.com" <theups7352@gmail.com>

---------- Forwarded message ---------
From: **Virtual Window Shop App** <window1shop2@gmail.com>
Date: Wed, Aug 20, 2025 at 11:09 PM
Subject: Re: Appsketiers Scam
To: Maria Alonso <animalmotha519@gmail.com>

Good evening,

I pursued legal action against them, and it came at a significant cost. One of the reasons I've been encouraging others to join me is that more people are now beginning to file lawsuits of their own. In these cases, proof is everything—and we hired a professional team experienced in courtroom standards to gather it.

Litigation is rarely easy, and winning can be even harder. But we succeeded. I now have a supporting document that meets legal requirements and can be used in court. This was very expensive; the lawyer was the only one who won, but we proved that Appsketier was a fraud.

If I can get others to stand with me, we'll have a stronger case and a louder voice.

I'll be working on a video soon to explain everything in more detail.

If you're starting your own, I can answer questions. If you can write the attorney general in Georgia, this would help. If you need a lawyer who is already experienced in this case, let me know.

Mario

> On Aug 20, 2025, at 2:06 PM, Maria Alonso <animalmotha519@gmail.com> wrote:
>
> Good Afternoon,
>
> I hope all is well. you replied to my comment regarding appsketiers stealing my idea too. Just curious who did u speak to? And I am currently filing charges on them. If our story lines up this can be a class action. I'm interested to swap experiences.

Case 2:25-cv-16751-JXN-JSA    Document 1-4    Filed 10/16/25    Page 13 of 15 PageID: 22



UPS7352 <theups7352@gmail.com>

# Fwd: Good morning everyone
1 message

**Maria Alonso** <animalmotha519@gmail.com>  
To: "theups7352@gmail.com" <theups7352@gmail.com>

Tue, Oct 14, 2025 at 12:18 PM

---------- Forwarded message ---------  
From: **Mario vasquez** <window1shop2@gmail.com>  
Date: Fri, Oct 3, 2025 at 11:44 AM  
Subject: Good morning everyone  
To: Cris <drsattorney@gmail.com>, linda padilla <padilla232323@yahoo.com>, Jameila Coleman <jleco78@yahoo.com>, Maria Alonso <animalmotha519@gmail.com>, theo wiles <Theo_Wiles96@hotmail.com>

This is the first time we all meet, I will send in a link later to get everyone on board. I also found a link in the News were I submitted for an investigation I don't know if they will answer. Here is the link https://www.fox5atlanta.com/call-for-action

I submitted my story, use of his time to send yours too.
I appreciate all of you reaching out, there are more but I need to see if they want to participate

Mario
Sent from my iPhone