**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Christopher E. Martin, Esq. – 018301990
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
cmartin@cmlawfirm.com
Attorneys for Defendants,
Reliance Software Development, LLC (i/p/a Appsketiers, Inc.), Jeremy Davenport, and Nick Bugara

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| MARIA ALONSO,<br><br>        Plaintiff,<br><br>v.<br><br>APPSKETIERS, INC., JEREMY DAVENPORT, NICK BUGARA, SEAN COOK, THE TEA APP, SPILL THE TEA INC., and ASSOCIATED ENTITIES,<br><br>        Defendants. | Civil Action No. 2:25-cv-16751-JXN-JSA<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM ON BEHALF OF RELIANCE SOFTWARE DEVELOPMENT, LLC (i/p/a APPSKETIERS, INC.), JEREMY DAVENPORT & NICK BUGARA** |

**TO:**  Hon. Julien X. Neals, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
**(via CM/ECF)**

Maria I. Alonso
444 Lincoln Highway 115
Iselin, New Jersey 08830
*Pro Se Plaintiff*
**(via CM/ECF & email)**

**PLEASE TAKE NOTICE** that on **Monday, January 5, 2026,** or at such other time as it may please the Court, Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP (Christopher E.

4908-6688-1150, v. 2

Martin, Esq., appearing), appearing on behalf of Defendants, Reliance Software Development, LLC (i/p/a Appsketiers, Inc.), Jeremy Davenport, and Nick Bugara (collectively, "Defendants"), shall move before the Honorable Julien X. Neals, United States District Judge, in the Martin Luther King Building & U.S. Courthouse, Newark, New Jersey, for an Order granting a dismissal of Plaintiff's Complaint, and for further relief as the Court may deem proper in this matter.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the attached Brief submitted herewith in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request that the Court rule upon the moving papers submitted, without requiring the appearance of counsel, pursuant to Rule 78 of the Federal Rules of Civil Procedure, unless opposition is submitted, in which case oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

By:  */s/ Christopher E. Martin*
_____
Christopher E. Martin, Esq.

Dated: December 2, 2025