**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Christopher E. Martin, Esq. – 018301990
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
cmartin@cmlawfirm.com
Attorneys for Defendants,
Reliance Software Development, LLC (i/p/a Appsketiers, Inc.), Jeremy Davenport, and Nick Bugara

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| MARIA ALONSO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>APPSKETIERS, INC., JEREMY DAVENPORT, NICK BUGARA, SEAN COOK, THE TEA APP, SPILL THE TEA INC., and ASSOCIATED ENTITIES,<br><br>　　　　　　Defendants. | Civil Action No. 2:25-cv-16751-JXN-JSA<br><br>**DECLARATION OF COUNSEL** |

　　　　Christopher E. Martin, of full age, having been duly sworn according to law, do of my own personal knowledge, make the following statements by way of declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

　　　　1.　　I am licensed to practice law in the State of New Jersey and admitted to practice law before the United States District Court for the District of New Jersey.

　　　　2.　　I am a Partner at the law firm of Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP, attorneys for Defendants, Reliance Software Development, LLC (i/p/a Appsketiers, Inc.), Jeremy Davenport, and Nick Bugara (collectively, "Defendants"), in the above-captioned matter.

1

I submit this Declaration of Counsel in support of Defendants' motion to dismiss Plaintiff's Complaint for failure to state a claim.

3.  Attached hereto as **Exhibit A** is a true and accurate copy of the Plaintiff's Complaint.

I certify under the penalty of perjury that the foregoing statements are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ *Christopher E. Martin*
Christopher E. Martin, Esq.

Dated: December 2, 2025