# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 OCT 16 P 2:01

Maria Alonso, Plaintiff, Pro Se
v.
Appsketiers, Inc.; Jeremy Davenport; Nick Bugara; Sean Cook; The Tea App; Spill the Tea Inc.; and Associated Entities, Defendants.

# COMPLAINT

## Jurisdiction and Venue

This Court has jurisdiction under 28 U.S.C. §1331 and §1332 as this action arises under federal law and involves diversity of citizenship with damages exceeding $75,000. Venue is proper in the District of New Jersey, where Plaintiff resides and where significant events giving rise to this Complaint occurred.

## Statement of Facts

1. Plaintiff Maria Alonso submitted her proprietary app idea to Appsketiers in November 2024. 2. Plaintiff spoke with Jeremy Davenport, then a Senior Product Executive, who sent an NDA on December 2, 2024. After execution of the NDA, Plaintiff never received follow-up, contrary to industry norms. 3. The platform "Are We Dating the Same Guy?" existed prior to Plaintiff's submission. However, it underwent major updates beginning in December 2024, immediately after Plaintiff submitted her protected concept to Appsketiers. The suspicious timing of these updates, followed by the May 2025 rise of The Tea App, raises serious questions about whether Plaintiff's submission was misused to influence the expansion of related platforms. 4. Defendants appropriated Plaintiff's idea, distorted its purpose, and monetized it in a harmful manner, charging women for safety tools while exploiting their trauma. 5. The Tea App failed to implement safety mechanisms Plaintiff emphasized, such as ID verification and escalation for reports of abuse, instead fueling gossip-driven virality. 6. Plaintiff was further intimidated by CEO Nick Bugara, who threatened defamation despite Plaintiff never publicly naming Appsketiers. Such threats were designed solely to silence Plaintiff.

## Supporting Evidence from Mario Vasquez

7. Plaintiff is not the only victim of Appsketiers' misconduct. In a public video, Mario Vasquez reported losing over $60,000 to Appsketiers. 8. Mr. Vasquez further stated he was offered only $5,000 as a settlement to silence his claims. When he refused, Appsketiers prolonged litigation until he could no longer afford legal representation. 9. This demonstrates a pattern of fraudulent conduct, intimidation, and bad-faith tactics, corroborating Plaintiff's experience.

## Claims for Relief

Count I: Misappropriation of Intellectual Property
Count II: Breach of Contract / Breach of NDA
Count III: Fraudulent Misrepresentation
Count IV: Defamation/Retaliation Defense
Count V: Unjust Enrichment
Count VI: Punitive Damages due to Pattern of Fraud

## Relief Sought

WHEREFORE, Plaintiff respectfully requests this Court to grant relief as follows:
a) Award Plaintiff compensatory damages in an amount to be determined at trial;
b) Award punitive damages due to the willful and malicious conduct of Defendants;
c) Issue injunctive relief preventing further exploitation of Plaintiff's intellectual property;
d) Order full discovery of internal records, communications, and settlement agreements from Defendants;
e) Award Plaintiff court costs and such other relief as the Court deems just and proper.

Respectfully submitted,

Maria Alonso, Plaintiff, Pro Se

JS 44   (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**   *Maria Isabel Alonso*

**DEFENDANTS**   *Jeremy Davenport Nick Bugorasco Appsketiers, Sean Cook Founder, The tea app*

**(b)** County of Residence of First Listed Plaintiff   *Woodbridge, NJ*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   *Atlanta, GA*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| | | **PERSONAL PROPERTY** | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*18 U.S.C 1836 ~ Defend Trade Secrets Act 2016*
Brief description of cause:
*Misappropriation of proprietary app concept and business idea theft of intellectual property*

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *Amount exceeds $75,000*

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

---

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 OCT 16 P 2: 01

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I Maria I Alonso hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: animalmotha51a @gmail.com

My case number is: _____

Maria I Alonso
Signature of Litigant

444 Lincoln Highway 115
Mailing Address

Iselin NJ 08830
City, State, Zip Code

929-386-4948
Telephone Number

Date: _____

Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

# UNITED STATES DISTRICT COURT
### for the

2025 OCT 16  P 2: 01

Maria Isabel Alonso
Jeremy Davenport
Nick Bugara  Appsketers LLC
Sean Cosic

_Plaintiff/Petitioner_ )
)
)
)
)
_Defendant/Respondent_

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _(signature)_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 10/16/2025

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 2,200 | $ | $ 2,200 | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

Page 2 of 5

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ **0.00** | $ **0.00** | $ **0.00** | $ **0.00** |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| The Credit Pros | Remote | 9/8/25 - Current | $ 2,200 |
| Beyond Finance | Remote | 5/25 - 9/25 | $ 3,200 |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ NA |
| Other real estate (Value) | $ |
| Motor vehicle #1 (Value) | $ NA |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ NA |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ |
| Other assets (Value) | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

Page 4 of  5

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
        spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
        monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ❑ Yes  ❑ No<br>Is property insurance included?  ❑ Yes  ❑ No | $ *500* | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ *300* | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ | $ |
| Credit card *(name)*: | $ | $ |
| Department store *(name)*: | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

Page 5 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 0.00 | $ 0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ❒ Yes    ⊠ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ⊠ Yes  ❒ No

    If yes, how much?  $  5,000

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    I just started a new job and I am trying to catch up. I also want to state I was done wrong and if my fee can be waived for now I can pay later.

12. Identify the city and state of your legal residence.

    Iselin, NJ

    Your daytime phone number:  929-386-4948

    Your age:  43    Your years of schooling:  Associates



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 OCT 16 P 2:01



**UPS7352**
**<theups7352@gmail.com>**

# Fwd: Appsketiers Scam

1 message

**Maria Alonso**
<animalmotha519@gmail.com>
To: "theups7352@gmail.com" <theups7352@gmail.com>

Tue, Oct 14, 2025
at 12:19 PM

---------- Forwarded message ---------
From: **Virtual Window Shop App**
<window1shop2@gmail.com>
Date: Wed, Aug 20, 2025 at 11:09 PM
Subject: Re: Appsketiers Scam
To: Maria Alonso <animalmotha519@gmail.com>

Good evening,

I pursued legal action against them, and it came at a significant cost. One of the reasons I've been encouraging others to join me is that more people are now beginning to file lawsuits of their own. In these cases, proof is everything—and we hired a professional team experienced in courtroom standards to gather it.

Litigation is rarely easy, and winning can be even harder. But we succeeded. I now have a supporting document that meets legal requirements and can be used in court. This was very expensive; the lawyer was the only one who won, but we proved that Appsketier was a fraud.

If I can get others to stand with me, we'll have a stronger case and a louder voice.

I'll be working on a video soon to explain everything in more detail.

If you're starting your own, I can answer questions. If you can write the attorney general in Georgia, this would help. If you need a lawyer who is already experienced in this case, let me know.

Mario

> On Aug 20, 2025, at 2:06 PM, Maria Alonso <animalmotha519@gmail.com> wrote:
>
> Good Afternoon,
>
> I hope all is well. you replied to my comment regarding appsketiers stealing my idea too. Just curious who did u speak to? And I am currently filing charges on them. If our story lines up this can be a class action. I'm interested to swap experiences.

 Gmail

**UPS7352**
**<theups7352@gmail.com>**

# Fwd: Good morning everyone
1 message

**Maria Alonso**
<animalmotha519@gmail.com>

Tue, Oct 14,
2025 at 12:18
PM

To: "theups7352@gmail.com" <theups7352@gmail.com>

---------- Forwarded message ---------
From: **Mario vasquez** <window1shop2@gmail.com>
Date: Fri, Oct 3, 2025 at 11:44 AM
Subject: Good morning everyone
To: Cris <drsattorney@gmail.com>, linda padilla
<padilla232323@yahoo.com>, Jameila Coleman
<jleco78@yahoo.com>, Maria Alonso
<animalmotha519@gmail.com>, theo wiles
<Theo_Wiles96@hotmail.com>

This is the first time we all meet, I will send in a link later
to get everyone on board. I also found a link in the News
were I submitted for an investigation I don't know if they
will answer. Here is the link https://www.fox5atlanta.com/
call-for-action

I submitted my story, use of his time to send yours too.
I appreciate all of you reaching out, there are more but I
need to see if they want to participate

Mario
Sent from my iPhone



                                                     **UPS7352**
                                                     **<theups7352@gmail.com>**

---

# Fwd: Appsketiers: Non Disclosure Agreement

1 message

---

**Maria Alonso**                          Tue, Oct 14, 2025
<animalmotha519@gmail.com>                    at 12:18 PM
To: "theups7352@gmail.com" <theups7352@gmail.com>


---------- Forwarded message ---------
From: **Jeremy Davenport** <jeremy@appsketiers.com>
Date: Mon, Dec 2, 2024 at 12:08 PM
Subject: Appsketiers: Non Disclosure Agreement
To: Maria Alonso <animalmotha519@gmail.com>


Hey Maria,

We understand that confidentiality is important to you,
and it's something we take very seriously here at
Appsketiers. Attached is a non-disclosure agreement. It
states that everything discussed is 100% confidential.
Our company wants to make sure that you feel
comfortable throughout the entire process.

You can also click the link below to schedule a call at a time that works best for you.

Schedule a Meeting: Jeremy Davenport

I look forward to speaking with you soon.

All the best!



**Jeremy Davenport** |App Specialist
741 Monroe Dr. NE
Atlanta, GA 30308
**P**: (678) 261-8790
|**E**: jeremy@appsketiers.com
**W**: www.appsketiers.com

  

Check out our reviews





**UPS7352**
**<theups7352@gmail.com>**

---

# Fwd: Appsketiers: Non Disclosure Agreement

1 message

---

**Maria Alonso**
<animalmotha519@gmail.com>
To: "theups7352@gmail.com" <theups7352@gmail.com>

Tue, Oct 14, 2025
at 12:18 PM

---------- Forwarded message ---------
From: **Jeremy Davenport** <jeremy@appsketiers.com>
Date: Mon, Dec 2, 2024 at 12:08 PM
Subject: Appsketiers: Non Disclosure Agreement
To: Maria Alonso <animalmotha519@gmail.com>

Hey Maria,

We understand that confidentiality is important to you, and it's something we take very seriously here at Appsketiers. Attached is a non-disclosure agreement. It states that everything discussed is 100% confidential. Our company wants to make sure that you feel comfortable throughout the entire process.

You can also click the link below to schedule a call at a time that works best for you.

Schedule a Meeting: Jeremy Davenport

I look forward to speaking with you soon.

All the best!



**Jeremy Davenport** |App Specialist
741 Monroe Dr. NE
Atlanta, GA 30308
**P**: (678) 261-8790
|**E**: jeremy@appsketiers.com
**W**: www.appsketiers.com

  

Check out our reviews



 **UPS7352**
**<theups7352@gmail.com>**

---

# Fwd: Appsketiers Scam
1 message

---

**Maria Alonso**                                   Tue, Oct 14, 2025
<animalmotha519@gmail.com>                          at 12:19 PM
To: "theups7352@gmail.com" <theups7352@gmail.com>


---------- Forwarded message ---------
From: **Virtual Window Shop App**
<window1shop2@gmail.com>
Date: Wed, Aug 20, 2025 at 11:09 PM
Subject: Re: Appsketiers Scam
To: Maria Alonso <animalmotha519@gmail.com>


Good evening,

I pursued legal action against them, and it came at a
significant cost. One of the reasons I've been
encouraging others to join me is that more people are
now beginning to file lawsuits of their own. In these
cases, proof is everything—and we hired a professional
team experienced in courtroom standards to gather it.

Litigation is rarely easy, and winning can be even harder. But we succeeded. I now have a supporting document that meets legal requirements and can be used in court. This was very expensive; the lawyer was the only one who won, but we proved that Appsketier was a fraud.

If I can get others to stand with me, we'll have a stronger case and a louder voice.

I'll be working on a video soon to explain everything in more detail.
If you're starting your own, I can answer questions. If you can write the attorney general in Georgia, this would help. If you need a lawyer who is already experienced in this case, let me know.

Mario

> On Aug 20, 2025, at 2:06 PM, Maria Alonso <animalmotha519@gmail.com> wrote:
>
> Good Afternoon,
>
> I hope all is well. you replied to my comment regarding appsketiers stealing my idea too. Just curious who did u speak to? And I am currently filing charges on them. If our story lines up this can be a class action. I'm interested to swap experiences.



**UPS7352**
**<theups7352@gmail.com>**

---

# Fwd: Good morning everyone

1 message

---

**Maria Alonso**
<animalmotha519@gmail.com>

Tue, Oct 14,
2025 at 12:18
PM

To: "theups7352@gmail.com" <theups7352@gmail.com>

---------- Forwarded message ---------
From: **Mario vasquez** <window1shop2@gmail.com>
Date: Fri, Oct 3, 2025 at 11:44 AM
Subject: Good morning everyone
To: Cris <drsattorney@gmail.com>, linda padilla
<padilla232323@yahoo.com>, Jameila Coleman
<jleco78@yahoo.com>, Maria Alonso
<animalmotha519@gmail.com>, theo wiles
<Theo_Wiles96@hotmail.com>

This is the first time we all meet, I will send in a link later
to get everyone on board. I also found a link in the News
were I submitted for an investigation I don't know if they
will answer. Here is the link https://www.fox5atlanta.com/
call-for-action

I submitted my story, use of his time to send yours too. I appreciate all of you reaching out, there are more but I need to see if they want to participate

Mario
Sent from my iPhone

AO 240A  (Rev. 01/09; NJ 04/2024)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALONSO<br><br>Plaintiff(s),<br><br>v.<br><br>DEVELOPMENT DIRECTIONS LLC<br>Defendant(s). | Civil Action No.    2:25-CV-16751<br><br><br>**ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PAYMENT OF FEES** |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐     **GRANTED. The** clerk is ordered to file the complaint.

☐     **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☐     **DENIED**, for the following reasons:

☐     **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$405** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this           day of                     , 2025 [ ▾ ]

_____
Honorable Julien X. Neals [ ▾ ]
United States District Judge