**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Christopher E. Martin, Esq. – 018301990
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
cmartin@cmlawfirm.com
Attorneys for Defendants,
Reliance Software Development, LLC (i/p/a Appsketiers, Inc.), Jeremy Davenport, and Nick Bugara

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| MARIA ALONSO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPSKETIERS, INC., JEREMY DAVENPORT, NICK BUGARA, SEAN COOK, THE TEA APP, SPILL THE TEA INC., and ASSOCIATED ENTITIES,<br><br>　　　　　　Defendants. | Civil Action No. 2:25-cv-16751-JXN-JSA<br><br>**CERTIFICATE OF SERVICE** |

　　I certify that I caused a copy of a Notice of Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim, Brief, Declaration of Counsel, Exhibits, proposed form of Order, and Certificate of Service in the above-captioned matter to be electronically filed with the Clerk of the United States District Court for the District of New Jersey. I further certify that parties of record have been served with a copy of the Notice of Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim, Brief, Declaration of Counsel, Exhibits, proposed form of Order, and Certificate of Service in the above-captioned matter via electronic filing; and *pro se* plaintiff has additionally been served via email.

4919-7142-4894, v. 2

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                      /s/ *Christopher E. Martin*
                                                     Christopher E. Martin, Esq.

Dated: December 2, 2025

4919-7142-4894, v. 2