**Maria Isabel Alonso**
Phone: 929-386-4948
Email: animalmotha@gmail.com

**UNITED STATES DISTRICT COURT**
District of New Jersey

---

**Maria Alonso,**
Plaintiff,

v.

**Sean Cook, Nick Bugara, Jeremy Davenport, Appsketiers, et al.,**
Defendants.

Case No.: 2:25-cv-16751-JXN-JSA

---

**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Maria Alonso respectfully submits this Opposition to Defendants' Motion to Dismiss and states as follows:

---

**Response and Evidence Regarding App Idea Misappropriation**

**App Idea Submission and Communication Timeline**

- Idea submitted to Jeremy Davenport on Thanksgiving 2024, with follow-up call on Dec 12, 2024.

- Proposed creation of a women-for-women safe dating app, including:

    - Truth-sharing system

    - Verified male behavior reporting

    - Screening women to prevent gossip-based reporting

    - Red flag/green flag system for abusive, predatory, or unsafe men

- Requested NDA three times from Jeremy Davenport; denied each time.

- Emails to Jeremy about idea protection went unanswered. When pressed, Jeremy responded with hostility.

**Interaction with Nick Bugara (CEO)**

- Contacted after seeing the app to inquire about NDA and protection of ideas.

- Received hostile emails threatening defamation instead of resolving the issue.

**App History and Launch Timeline**

- Idea submitted: Nov 2024

- *Are We Dating the Same Guy* received major updates from Dec 2024 through the next year, incorporating features discussed with Jeremy.

- *The Tea App* (founded by Sean Cook) launched early 2025, claiming 3 years of development.

- *The Tea App* is no longer available on the Apple App Store due to a security breach affecting 70,000 users.

**Goal of Discovery**

- Obtain complete Apple metadata and internal records related to *The Tea App* development, including:

    - Historical availability on the App Store

    - Release dates

    - Version history

    - Any developer activity or evidence contradicting claims of long-term development

- Full records are under Defendants' control. Discovery is necessary to fully document the timeline and development, which is central to demonstrating misappropriation.

- The website for *The Tea App* domain was active since 2013, but the app itself was not publicly available until 2025.

**Features Derived from My Idea**

- Safe dating environment for women

- Truth-sharing mechanism for verified reporting

- Screening of women with evidence submission (screenshots, ID)

- Red flag/green flag evaluation for abusive, predatory, or unsafe men

- Sex offender/child molester and STD screening

- These features were implemented in both *The Tea App* and updates to *Are We Dating the Same Guy*, without NDA or permission.

**Evidence / Exhibits**

- Exhibit A: Screenshots of communications with Jeremy Davenport

- Exhibit B: Emails with Nick Bugara and Jeremy Davenport

- Exhibit C: Call logs confirming submission dates

- Exhibit D: Prior lawsuit documentation and public complaints

- Exhibit E: Feature comparison notes

**Summary**

- While the general idea of the app was not stolen, specific features and points discussed with Jeremy Davenport were implemented in both *The Tea App* and updates to *Are We Dating the Same Guy*.

- The actions of Jeremy Davenport and Nick Bugara, along with the rushed Tea App launch and refusal to provide an NDA, harmed my original vision and constitute misappropriation of intellectual property.

- Discovery is critical to access Apple data and internal records, which are no longer publicly available due to the security breach and removal of the app.

---

Respectfully submitted,

**/s/ Maria Isabel Alonso**
 Plaintiff, Pro Se

Date: 12/04/2025

Case 2:25-cv-16751-JXN-JSA   Document 5   Filed 12/04/25   Page 5 of 5 PageID: 88