

Maria Alonso <animalmotha519@gmail.com>

## Appsketiers Scam

**Mario vasquez** <window1shop2@gmail.com>                                          Fri, Aug 22, 2025 at 6:40 PM
To: Maria Alonso <animalmotha519@gmail.com>

Don't let him scare you, he used this as a scare tactic. He has nothing- stay strong and I am glad to hear he listen to my videos.
  I will now do one more on Sunday lol.
   It's not defamation- he has to prove that, he is only trying to scare you, but I said too not to say anything negative about him on line.
 He will use it, but he has nothing case- why I am telling everyone to first write the attorneys General office.

I have different story, he is a class act, he fears no law, he is constantly coming up with new ways to steal.
Sent from my iPhone

[Quoted text hidden]