

# The Ex-Files App

Pre-Dating / CARFAX on previous BF's
- Red Flag - Narcisist / rapist / gay / cheater / child molester etc.
- share stories / upload proof / optional
- Green Flag - good guy / no info
- Creates a safe space 4 women to tell the truth men wont.
- encourage women to look out for eachother creates "sisterhood" and also uplifts women who are dating narcists or cheater
- open platform to ask for Advice from other women

- background / sex offender check marriage records / court orders
- women only! NO MEN EVER!
- Vetting System - License number and oath of truth in sharing
- make women see they have low standards / make men do better