**Maria Alonso**
Ext Mansiones Calle 3
San German, PR 00683
929-386-4948 Email: animalmotha519@gmail.com
1/2/2026

**Clerk of Court**
United States District Court
District of New Jersey – Newark Vicinage
50 Walnut Street Newark, New Jersey, 07102

**Re: Case No. 2:25-cv-16751-JXN-JSA – Motion/Notice to Preserve IFP Status**

Dear Clerk of Court,

I am the Plaintiff in the above-referenced case. I respectfully submit this notice to inform the Court that:

1. I **mailed a certified letter appealing the denial of my IFP (in forma pauperis) fee waiver on December 19, 2025**, and I have proof of mailing.

2. In light of this pending appeal, I respectfully request that the Court **preserve my IFP status and refrain from dismissing the case for nonpayment of the filing fee until my appeal is resolved**.

This notice is submitted to ensure that the case remains active and that my procedural rights are fully protected while the Court reviews my pending IFP appeal.

Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*
Maria Alonso