United States District Court

District of New Jersey

Newark Vicinage

Martin Luther King Jr. Federal Building & U.S. Courthouse

50 Walnut Street

Newark, NJ 07102

Re: Appeal of Order Denying Application to Proceed In Forma Pauperis (Fee Waiver)

Case No.: 2:25-cv-16751-JXN-JSA

Honorable Judge Neals,

I respectfully write to appeal the Court's decision denying my application to proceed in forma pauperis.

At this time, I have no current income. I was recently laid off, and as a result, I am presently unable to pay the required filing fee. While I have secured new employment, my position does not begin until January 20, and I am required to pay the filing fee by January 5, which creates a financial hardship I cannot presently overcome.

I want to be clear that I am not attempting to avoid my obligations to the Court. I am simply asking for consideration based on my current financial reality. I am doing everything in my power to stabilize my situation, and the gap between my layoff and my new start date has left me without the means to pay the fee at this time.

I am willing to provide bank statements or any additional documentation the Court may require to verify my financial circumstances. If possible, I am also willing to pay the filing fee at a later date once my employment begins and I am financially able to do so.

Denying the fee waiver effectively prevents me from accessing the Court during a moment when I am financially vulnerable, despite my good faith efforts to move forward responsibly. I respectfully ask the Court to reconsider my application or grant temporary relief until I am able to begin my new employment.

Thank you for your time, understanding, and consideration. I sincerely appreciate the Court's attention to this matter.



Maria Alonso
Ext Mansignes
Calle 3 #23
Urb German Rivera

Judge Neals
U.S. District court of NJ
50 walnut street
Newark NJ 07102

CERTIFIED MAIL
9589 0710 5270 2805 0806 97

RECEIVED
DEC 22 2025
AT 8:30 ____M
CLERK, U.S. DISTRICT COURT - NJ

FRAYED

$5.30